# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.P.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01332-LJO-JDP<br><br>ORDER GRANTING THE PARTIES' REQUEST FOR A DIFFERENT SCHEDULING CONFERENCE TIME<br><br>New time: January 23, 2020, at 12:00 p.m.<br><br>ECF No. 1 |

The parties' joint request for a new scheduling conference date, ECF No. 6, is granted. The scheduling conference will now be held on January 23, 2020, at 12:00 p.m. It will be held telephonically (dial-in number: 888/204-5984; passcode: 4446176).

IT IS SO ORDERED.

Dated: 　November 7, 2019　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.