UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.P., *a minor, by and through his Guardian ad Litem, Richard Padilla*,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | No. 1:19-cv-0001332-NONE-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFF'S MOTION TO APPROVE THE MINOR'S COMPROMISE OF CLAIM<br><br>(Doc. Nos. 17, 19) |

Plaintiff filed a Notice and Petition on February 16, 2021, which the court has construed as a motion to approve the minor's compromise of claim. (Doc. No. 17).

The matter was referred to a magistrate judge for the issuance of findings and recommendation under 28 U.S.C. § 636(b)(1)(B), Local Rule 302 (E.D. Ca. 2019), and a Standing Order In Light of the Ongoing Judicial Emergency in the Eastern District of California issued by the undersigned (Doc. No. 13-3). On March 2, 2021, the assigned magistrate judge issued findings and recommendations recommending that the motion to approve the compromise of minor's claims be granted. (Doc. No. 19). To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this court had conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and

recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 2, 2021 are adopted in full;

2. The motion for approval of the minor's compromise of claim (Doc. No. 17) is granted; and

3. The Clerk of Court is directed to enter judgment accordingly, with each party to bear their own costs and attorneys' fees, terminate any pending motions/deadlines, and to close this case.

IT IS SO ORDERED.

Dated:   **April 19, 2021**                              /s/ Dale A. Drozd
                                                         UNITED STATES DISTRICT JUDGE